UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

-against-

15 cr 386-07 (JGK)

UNIQUE NEWELL,

Defendant.
-------------------------------------------------------------X

The conference for the defendant, Unique Newel, scheduled for September 23, 2026, is **adjourned to Wednesday, October 7, 2026, at 4:30pm.**

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
September 22, 2026.